IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD JOHN CHRISTENSON,<br><br>Plaintiff,<br><br>vs.<br><br>KAYLA TAMCKE, DJ GODFREY, and CARLA STRUTZEL,<br><br>Defendants. | CV 22-059-H-BMM-JTJ<br><br><br><br>ORDER |

On July 29, 2022, the Honorable John Johnston advised Plaintiff Richard John Christenson that this matter would be dismissed if he did not file an amended complaint by August 26, 2022 that stated a claim for federal relief. (Doc. 6 at 10.) Christensen has not filed an amended complaint.

Therefore, it is HEREBY ORDERED:

1.      Christenson's Complaint (Doc. 2) is DISMISSED for failure to state a claim, as explained in the Court's prior order. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Christenson's filing of this action counts as one strike against him.

2. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 3rd day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court